105 A.3d 660

**James BEAL, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 168 MM 2014.**

Supreme Court of Pennsylvania.

Dec. 11, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of December, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**